IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:10-cv-30089 |
| RICHARD C. McGINN, ) | Judge Ponsor |
| Defendant. ) | |

ORDER FOR ENTRY OF A JUDGMENT

MAP 4·19·11

The plaintiff United States of America's Motion for Summary Judgment is GRANTED.

Accordingly, it is ORDERED, ADJUDGED AND DECREED that the plaintiff United States of America shall have judgment against defendant Richard C. McGinn for unpaid federal income taxes, penalties, and interest for the years 1987-1992, 1995, 1996, and 2000-2003, in the amount of $1,256,742.14, plus statutory additions accruing from and after April 15, 2010, including interest pursuant to 26 U.S.C. §§ 6601, 6621 and 6622, and 28 U.S.C. § 1961(c), until paid.

**IT IS SO ORDERED ADJUDGED, AND DECREED.**

Dated: April 19, 2011

/s/ Michael A. Ponsor
HON. MICHAEL A. PONSOR
UNITED STATES DISTRICT JUDGE